FILED
June 28, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: CR
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CAUSE NO.: DR:23-CR-01689-AM |
| | § | |
| | § | **INDICTMENT** |
| v. | § | |
| | § | [VIO: COUNT ONE: 18 U.S.C. § 2252A(a)(5)(B), Possessed and Accessed with Intent to View Child Pornography.] |
| | § | |
| MAXIM TYULYUBAEV | § | |
| | § | |

THE GRAND JURY CHARGES:

COUNT ONE
[18 U.S.C. § 2252A(a)(5)(B) & (b)(2)]

On or about November 10, 2022, in the Western District of Texas, Defendant,

MAXIM TYULYUBAEV,

knowingly possessed, attempted to possess, accessed with intent to view, and attempted to access with intent to view a computer, computer disk, and other material that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means including by computer, in violation of 18 U.S.C. § 2252A(a)(5)(B) & (b)(2).

A TRUE BILL

[redacted]

FOREPERSON

JAIME ESPARZA
United States Attorney

By: James T. Ward FOR
IZAAK BRUCE
Assistant United States Attorney