UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Cause No.: DR23-CR-01689-AM |
| | § | |
| MAXIM TYULYUBAEV | § | |

**GOVERNMENT'S NOTICE OF EXPERT WITNESS TESTIMONY**

The Government hereby notifies the Defendant that the Government may seek to introduce expert testimony at trial pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), FRE 702, as well as pursuant to the Local Rules of Court governing criminal cases within the Del Rio Division of the Western District of Texas. Therefore, the Government provides the following notice:

1. **Digital Forensic Examination of Computer Devices.** In its case in chief, the Government will elicit testimony from **Federal Bureau of Investigation Digital Forensic Examiner Dustin B. McCarley**. McCarley will testify about the forensic extraction of Defendant's cellular phone, including the use of Cellebrite to extract information from a cell phone, the process to ensure successful extraction, and the resulting materials extracted from the Defendant's phone. McCarley currently serves as a Senior Digital Forensic Examiner as well as the C.A.R.T. Coordinator for the Federal Bureau of Investigations' San Antonio Office. McCarley has been employed with the Federal Bureau of Investigation since November of 2015, when he began his career as an Information Technology Specialist. He has received extension training in the forensic examination of digital media. See "Exhibit A". Moreover, he is a Certified C.A.R.T. examiner, holds a global certification as a forensic examiner, and maintains a mobile device certification. The basis of McCarley's testimony will be his training and experience as a C.A.R.T. examiner in the detection of forensic evidence.

**TRIAL TESTIMONY - CASE LIST**

[See "Exhibit A"]

**RECIPROCAL REQUEST FOR DISCOVERY**

If the Defendant plans to use any experts at trial, the Government hereby requests written summaries of the qualifications and potential testimony of these expert witnesses pursuant to the Local Rules of Court governing criminal proceedings conducted within the Del Rio Division of the Western District of Texas, as well as Federal Rule of Criminal Procedure 16(b)(1)(C).

Respectfully submitted,

JAIME ESPARZA
United States Attorney

_______/s/___________________
EKUA A. ASSABILL
Assistant United States Attorney

_______/s/___________________
KATHERINE GORSKI
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the January 6, 2025, a true and correct copy of the foregoing notice was served on Mrs. Dalila Padilla-Paxton and Mr. David Thomas, defense counsel for the above-named defendant via the CM/ECF electronic docketing system.

________/s/___________________
EKUA A. ASSABILL
Assistant United States Attorney

________/s/___________________
KATHERINE GORSKI
Assistant United States Attorney