UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | Cause No.: DR:23-CR-01689-AM |
| | § | |
| | § | |
| | § | |
| MAXIM TYULYUBAEV | § | |

**GOVERNMENT'S EXHIBIT LIST**

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorneys, and files this Exhibit List for the jury trial in the above-referenced case set for October 20, 2026, at 9 a.m.:

| Number | Description | Offered | Admitted |
|---|---|---|---|
| 1. | Map Of Encounter | | |
| 2. | Map Of Encounter (Close Up) | | |
| 3. | Photo Of Defendant | | |
| 4. | Defendant's Cellphone (Blue Huawei EML-L29) | | |
| 5. | Cellphone Consent To Search (Serwatka) | | |
| 6. | Cellphone Consent To Search (Villareal) | | |
| 7. | Cellphone Extraction (DVD) | | |
| 8. | Cellphone Extraction Report | | |
| 9. | Image Of Defendant's Login Information | | |
| 10. | Image Labelled ".Thumbdata4-17 63508120_41_Embedded_115.Jpg" | | |
| 11. | Image Labelled "1636474525564.Jpg" | | |
| 12. | Image Labelled "16370009253925348.Jpg" | | |
| 13. | Image Labelled "VBFC-65a4fd9b8c9e7137e99328a2c61eb6d7 -100002-1.Jpg" | | |

| | | | |
|---|---|---|---|
| | | | |
| 14. | Video Labelled “Vidhd_3739.Mp4” (DVD) | | |
| 15. | Video Labelled “0280_Lolcams.Mp4” (DVD) | | |
| 16. | Video Labelled “0713_Cutiejb.Avi” (DVD) | | |
| 17. | Video Labelled “1051_Cutiejb.Mp4” (DVD) | | |
| 18. | Photo of Defendant’s Selfie | | |
| 19. | Photo of Defendant’s Passport | | |
| 20. | Photo of Defendant’s Plane Ticket | | |
| 21. | Photo of Defendant in the airport | | |
| 22. | Photo of Defendant’s Selfie in the Airport | | |
| 23. | Photo of Defendant’s Selfie in Cuba | | |
| 24. | Photo of Defendant’s Selfie in Mexico City | | |
| 25. | Photo of Defendant’s Selfie in Coahuila | | |
| 26. | Photo of Defendant’s Selfie in Piedras Negras | | |
| | | | |
| | | | |

Respectfully Submitted,
JUSTIN R. SIMMONS
United States Attorney

By:
__________/s/__________________
NALLELY DUARTE
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2026, a true and correct copy of the Government's Exhibit List was electronically filed with the Clerk of Court using the CM/ECF System which will transmit notification of such filing to Defendant's Attorney, Mr. Jaime Zampierollo-Vila.

By: /s/

NALLELY K. DUARTE
Assistant United States Attorney