UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | Cause No.: DR:23-CR-01689-AM |
| | § | |
| | § | |
| | § | |
| MAXIM TYULYUBAEV | § | |

**GOVERNMENT'S WITNESS LIST**

The Government may call one or more of the following witnesses at the trial in the above-styled and numbered cause. While the Government *may* produce one or more of the following witnesses, this notice shall not be misconstrued that any particular witness will be produced for trial by the United States. Any Defense witnesses that the defense deems relevant and necessary should be subpoenaed in accordance with local regulations and Fed. Crim. Procedure, to include, for law enforcement witnesses compliance with *Touhy v. Ragen*, 340 U.S. 462, 468 (1951).

1. Miguel Gonzales, Retired Border Patrol Agent
2. Greg Serwatka, Border Patrol Agent
3. Brandon Villarreal, Immigration and Customs Enforcement Agent
4. Christine De Leon, Federal Bureau of Investigation Special Agent
5. Dustin McCarley, Federal Bureau of Investigation Senior Digital Forensic Examiner

Respectfully submitted,

JUSTIN R. SIMMONS
United States Attorney

By: /s/
NALLELY K. DUARTE
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2026, a true and correct copy of the Government's Witness List was served on the attorney of record for the Defendant via ECF filing system.

/s/
NALLELY K. DUARTE
Assistant United States Attorney